JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DAVID B. MILLER,<br><br>           Defendant | No. CV 11-2142<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, David B. Miller, in the principal amount of $2,702.98 plus interest accrued to March 9, 2011, in the sum of $946.91; with interest accruing thereafter at the daily rate of $0.28 until entry of judgment, for a total amount of **$3,649.89**.

DATED: April 26, 2011        By:    Terry Nafisi
                                                          Clerk of the Court

                                                            A. Martinez
                                                           Deputy Clerk
                                      United States District Court